## TAFT SUNDAY v. STATE.

No. A-8290.   Feb. 26, 1932.
(8 Pac. [2d] 1117.)

J. Van Long, for plaintiff in error.

J. Berry King, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, hereinafter called the defendant, was convicted of burglary, and was sentenced to imprisonment at hard labor in the state reformatory for a period of two years, and appeals.

The record in this case was filed in this court on November 9, 1931; no brief has been filed in support of the defendant's assignment of errors. A careful examination of the record discloses no fundamental error, and the evidence is sufficient to support the verdict of the jury.

The case is therefore affirmed.